UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

BRANDIE D.,

                    Plaintiff,

v.                                                      3:21-CV-0611
                                                              (ML)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

                    Defendant.
_____

APPEARANCES:                                               OF COUNSEL:

LACHMAN, GORTON LAW FIRM             PETER A. GORTON, ESQ.
 Counsel for the Plaintiff
P.O. Box 89
1500 East Main Street
Endicott, New York 13761-0089

SOCIAL SECURITY ADMINISTRATION       MOLLY E. CARTER, ESQ.
 Counsel for the Defendant                         Special Assistant United States
J.F.K. Federal Building                                  Attorney
15 New Sudbury Street
Boston, Massachusetts 02203

MIROSLAV LOVRIC, United States Magistrate Judge

## CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)

      This matter having been opened to the Court by CARLA B. FREEDMAN, United States

Attorney for the Northern District of New York, and Molly E. Carter, Special Assistant United

States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to

the Defendant pursuant to Sentence 4 of 42 U.S.C. § 405(g) so that further administrative action,

including a hearing before an Administrative Law Judge and the issuance of a new decision, may

be taken; and Plaintiff, through counsel Peter A. Gorton, having consented to the within order and the requested remand (Dkt. No. 14), and the Court having considered the matter,

IT IS on this 11th day of February, 2022,

**ORDERED** that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action; and it is further

**ORDERED** that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); and it is further

**ORDERED** that nothing within this consent order shall be deemed to bar Plaintiff from seeking attorney's fees under the Equal Access to Justice Act (EAJA), 42 U.S.C. § 2412.

Dated: February 11, 2022
Binghamton, New York

_____
Miroslav Lovric
U.S. Magistrate Judge